1   BENJAMIN B. WAGNER
    United States Attorney
2   STANLEY A. BOONE
    Assistant U.S. Attorney
3   4401 Federal Building
    2500 Tulare Street
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6   Attorneys for the
     United States of America

7

FILED

AUG 1 6 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

SEALED

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE            )   S.W. NO. 1-11-SW-179-SMS
    SEARCH OF:                      )
11                                  )   **UNDER SEAL**
                                    )
12  32 SANTA FE AVENUE,             )   ORDER SEALING SEARCH WARRANT
    EMPIRE, CALIFORNIA,             )   AFFIDAVIT
13                                  )
    2004 GMC TRUCK, WHITE IN COLOR, )
14  CALIFORNIA LICENSE PLATE NUMBER )
    5JZL476,                        )
15                                  )
    1993 NISSAN TRUCK, WHITE IN     )
16  COLOR, CALIFORNIA LICENSE PLATE )
    NUMBER 4Y24060,                 )
17                                  )
                                    )
18  _____)

19      The United States of America, having applied to this

20  Court, for an Order permitting it to file the search warrants

21  and applicants and affidavits in the above-entitled

22  proceedings, together with its Application to Seal, Memorandum

23  of Points and Authorities and the accompanying Declaration of

24  Stanley A. Boone, under seal, and good cause appearing

25  therefor,

26      IT IS HEREBY ORDERED that the search warrant affidavit in

27  the above-entitled proceeding, together with the Application To

28  Seal of the United States Attorney and the accompanying

                                1

1   Memorandum of Points and Authorities and Declaration of Stanley

2   A. Boone, shall be filed with the Court in camera, under seal

3   and shall not be disclosed pending further order of this court.

4   DATED: 8/16/11

5                            U.S. MAGISTRATE JUDGE

6                            SM SNYDER