```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HENRY Z. CARBAJAL III
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

FILED

APR 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | S.W. NOS. 1: 11-SW-00176-SMS |
| | 1: 11-SW-00177-SMS |
| | 1: 11-SW-00179-SMS |
| 32 SANTA FE AVENUE, EMPIRE, CALIFORNIA, | |
| | ORDER RE: MOTION TO UNSEAL DOCUMENTS |
| 2004 GMC TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 5JZL476, | |
| 1993 NISSAN TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 4Y24060. | |

Upon application of the United States of America and good cause having been shown, the filings in the above-captioned case numbers having been sealed by order of this Court on August 16, 2011 and it appearing that such filings no longer need to remain sealed based on the government's motion,

///
///
///
///

1

1  IT IS HEREBY ORDERED that the filings in the above-captioned
2  case numbers, including the search warrants, search warrant
3  applications and affidavits previously sealed by the Court on or
4  about August 16, 2011, be unsealed and made public record.
5  Date: April 2, 2013

BARBARA A. MCAULIFFE
United States Magistrate Judge